MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

Michael J. Jenkins,

Case No. 08-35847
Chapter 7

Debtor.

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☒ Unclaimed Dividends

☐ Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| USA YELLOW BOOK<br>C/O RMS BKY RECOVERY SERVICES, PO BOX 5162<br>TIMONIUM, MD 21094 | 1 | 1,128.00 | 49.08 |

Date:   September 14, 2010

Patti J. Sullivan, Trustee

Rec # 2724

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

September 14, 2010

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   Michael J. Jenkins
      Bankruptcy Case No.: 08-35847

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend for Deposit to Registry Funds report, along with check no. 10111 in the amount of $49.08 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: ack

Enclosures